NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re:  **CANON INC., CANON U.S.A., INC.,**
*Petitioners*

2023-141

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:22-cv-00166-ADA-DTG, Judge Alan D. Albright.

## ON PETITION AND MOTION

Before DYK, CUNNINGHAM, and STARK, *Circuit Judges.*

CUNNINGHAM, *Circuit Judge.*

### O R D E R

Canon Inc. and Canon U.S.A., Inc. move to withdraw their petition for a writ of mandamus after WSOU Investments LLC filed a motion to dismiss.  The parties also respond regarding the assessment of costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motions are granted to the extent that the petition is dismissed.

2                                                      IN RE: CANON INC.

(2) Each side shall bear its own costs.

FOR THE COURT

October 17, 2023                          /s/ Jarrett B. Perlow
        Date                              Jarrett B. Perlow
                                          Clerk of Court